**In the United States District Court
for the Northern District of Illinois**

**United States of America,
Plaintiff,**

v.

Jason Johnson
**Defendant.**

Case number  21 CR 504

Judge  Alonso

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented**  Jason Johnson

**Defendant number**  1

**Type of person represented**  Adult

**Payment category**  Felony

**Name of appointed attorney**  D'Anthony Thedford

**Under seal?**  ☐ Yes  ☒ No

**Representation type**  CC

**Court order**  Subs for Retained Attorney

**Name of Prior Attorney**  Patrick Blegen

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_[signature]_

12/6/2023

**Signature of Presiding Judge or by Order of the Court**

**Date**

**Nunc Pro Tunc Date:**  July 14, 2022  or  ☐ None

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**  ☐ Yes  ☐ No
**Prior authorization approved?**  ☐ Yes  ☐ No  ☐ Not applicable

**Signature of Presiding Judge or by Order of the Court**

**Date**

**Nunc Pro Tunc Date:**  or  ☐ None

Rev. 2212019